**Carol Marie MURRAY, Appellant,**

v.

**Harlan Milo MURRAY, Sr., Respondent.**

**No. WD 62788.**

Missouri Court of Appeals, Western District.

Dec. 21, 2004.

David A. Lunceford, Independence, for appellant.

Ronald E. Finley, Kansas City, for respondent.

Before SPINDEN, P.J., HOLLIGER and HARDWICK, JJ.

### *ORDER*

PER CURIAM.

Carol Murray appeals the property division in the judgment dissolving her marriage to Harlan Murray. Upon review of the record, we find no error and affirm the trial court's judgment. Because a published opinion would have no jurisprudential value, we have provided the parties with a Memorandum explaining the reasons for our decision.

Respondent's motion for attorney's fees on appeal is denied.

Judgment affirmed. Rule 84.16(b).